# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| *versus* | § | Case No. 7:24–cr–00859 |
| | § | |
| Dagoberto Trevino | § | |

# ORDER OF TEMPORARY DETENTION
# PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing is set for July 29, 2024 at 02:00 PM before United States Magistrate Judge J Scott Hacker at 1701 W. Bus. Hwy. 83, McAllen, Texas 78501. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for this hearing.

_____
J. SCOTT HACKER
UNITED STATES MAGISTRATE JUDGE

Date of order: **July 26, 2024**