# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | Criminal no. 24-CR-859-5 |
| | § | |
| **VS.** | § | |
| | § | |
| **DAGOBERTO TREVINO** | § | |

## NOTICE OF APPEARANCE

**TO THE HONORABLE JUDGE OF SAIDCOURT:**

NOW COMES, **DANIEL J. GARCIA**, the undersigned Attorney and files this Notice of Appearance as co-counsel on behalf of **DAGOBERTO TREVINO** in the above reference cause. Undersigned has been retained and all notice should be sent to Counsel.

Respectfully submitted,

**Law Offices of Daniel J. Garcia**
503 N. Britton Ave.
Rio Grande City, Texas 78582
Telephone No.: (956) 488-8170
Fax No.: (956) 317-1882
Email: gardanlaw@yahoo.com

By: _____/s/ Daniel J. Garcia_____
Daniel J. Garcia
State Bar No.: 24052645
Attorney for Petitioner

## CERTIFICATE OF SERVICE

On July 26, 2024, this notice was served on all counsel of record via ECF

_____
Daniel J. Garcia